Dismissed and Memorandum Opinion filed September 1, 2005









Dismissed and Memorandum Opinion filed September 1,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00404-CV

____________

 

CHRIS DI FERRANTE,
Appellant

 

V.

 

JONATHAN S. DAVIDSON FAMILY TRUST, Appellee

 



 

On Appeal from the
212th District Court

Galveston County,
Texas

Trial Court Cause No.  05CV0063

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 24, 2005.

On August 25, 2005, appellant filed an unopposed motion to
dismiss.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 1, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.